IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TERI L. LUCAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-06-CA-1091-FB |
| | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACKNOWLEDGING SETTLEMENT, STAYING ALL PRETRIAL DEADLINES, DENYING ALL PENDING MOTIONS, CANCELING ALL SETTINGS AND REQUESTING FILING OF AN AGREED ORDER

The Court has been informed by the defendant's counsel that the parties have settled their dispute. Therefore, it is hereby ORDERED that:

1) The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before July 7, 2008. Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents.

2) All pretrial deadlines are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new pretrial deadlines, accelerated to account for the delay.

3) All motions pending in this action between plaintiffs and defendant, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case. All previously scheduled settings, including the June 2, 2008 bench trial, are hereby CANCELED.

No extensions of the above deadline shall be granted except upon a showing of good cause.

It is so ORDERED.

SIGNED this 5th day of May, 2008.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE